IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JOHN WALTER WILLIAMS, )
        Petitioner, )
        v. ) 1:07CV938
STATE OF NORTH CAROLINA, )
        Respondent. )

## J U D G M E N T

On December 12, 2007, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this action is dismissed sua sponte without prejudice to Petitioner filing a new petition which corrects the defects of the current petition, and that finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is denied.

                                                  United States District Court Judge

January 29, 2008